IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

**AARON AKERS,**

    **Plaintiff,**

v.                                            Civil Action No. 1:16-cv-10579
                                                   Honorable David A. Faber

**RALPH W. JUSTUS, individually,**
**BENJAMIN D. GILLESPIE,**
**individually, JOHN DOE, individually,**

    **Defendants.**

## DISMISSAL ORDER

**COME NOW** the Plaintiff, Aaron Akers, by counsel, John H. Bryan, and the Defendants, Ralph W. Justus and Benjamin D. Gillespie, by counsel, Gary E. Pullin, Wendy E. Greve, and the law firm of Pullin, Fowler, Flanagan, Brown & Poe, PLLC, and hereby represent to the Court that all matters in controversy between all parties have been fully settled and compromised and that the parties hereto move the Court to dismiss this matter from the Court's docket with prejudice.

The Court hearing no objection and perceiving of none, hereby **ORDERS** that this civil action be **DISMISSED**, with prejudice, and stricken from the Court's docket.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this _____ day of _____, 2017.

                                                                                     _____
                                                                                     Honorable David H. Faber

AGREED TO BY:

*/s/ John H. Bryan*
John H. Bryan, Esq.
P.O. Box 366
Union, WV 24983
*Counsel for Plaintiff*


*/s/ Gary E. Pullin*
Gary E. Pullin, Esquire
Wendy E. Greve, Esquire
Pullin, Fowler, Flanagan, Brown & Poe, PLLC
JamesMark Building
901 Quarrier Street
Charleston, WV  25301
*Counsel for Defendants*